THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE 
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Gene Anthony Rickard,       
Appellant.
 
 
 

Appeal From Greenville County
 Charles B. Simmons, Jr., Special Circuit 
 Court Judge

Unpublished Opinion No. 2004-UP-341
Submitted March 19, 2004  Filed May 
 18, 2004
Revised and Refiled October 15, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender 
 Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Thomas M. Ariail, of Greenville, for Respondent.  

 
 
 

PER CURIAM: Gene Anthony Rickard pled guilty 
 to voluntary manslaughter and was sentenced to twenty-four years imprisonment, 
 suspended on the service of twenty-two years imprisonment and five years probation.  
 Pursuant to Anders v. California, 386 U.S. 738 (1967), Rickards counsel 
 attached a petition to be relieved.  Rickard filed a pro se response. 
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Rickards appeal and grant counsels 
 petition to be relieved.
APPEAL DISMISSED. [1] 
GOOLSBY, HOWARD, and BEATTY, JJ., concurring.

 
 [1] Because oral argument would not aid the Court in 
 resolving any issue on appeal, we decide this case without oral argument pursuant 
 to Rule 215 and 220(b)(2), SCACR.